No. 87–154. DESHANEY, A MINOR, BY HIS GUARDIAN AD LITEM, ET AL. *v.* WINNEBAGO COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 7th Cir. [Certiorari granted, 485 U. S. 958.] Motions of American Civil Liberties Union Children's Rights Project et al. and Massachusetts Committee for Children and Youth for leave to file briefs as *amici curiae* granted.

No. 87–271. HARBISON-WALKER REFRACTORIES, A DIVISION OF DRESSER INDUSTRIES, INC. *v.* BRIECK. C. A. 3d Cir. [Certiorari granted, 485 U. S. 958.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 87–1469. HORNSBY, ADJUTANT GENERAL OF THE ALABAMA NATIONAL GUARD, ET AL. *v.* STINSON. C. A. 11th Cir.; and

No. 87–1796. MASSINGA ET AL. *v.* L. J. ET AL. C. A. 4th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 87–7028. MISTRETTA *v.* UNITED STATES; and

No. 87–1904. UNITED STATES *v.* MISTRETTA. C. A. 8th Cir. [Certiorari granted, 486 U. S. 1054.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 87–6958. RUTHERFORD *v.* SECURITIES AND EXCHANGE COMMISSION. Appeal from C. A. 9th Cir. Motion of appellant for leave to proceed *in forma pauperis* denied. Appellant is allowed until July 18, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would dismiss the appeal for want of jurisdiction and, treating the papers whereon the appeal was taken as a petition for writ of certiorari, deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 87–1950. IN RE CHEEK. Petition for writ of prohibition denied.